

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| BRANDON LEE JENKINS, | § | No. 08-15-00366-CR |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 75th District Court |
| | § | |
| THE STATE OF TEXAS, | § | of Liberty County, Texas |
| | § | |
| State. | § | (TC# CR31761) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time to file the brief until **June 10, 2016**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Peter Justin, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before June 10, 2016.

IT IS SO ORDERED this 24th day of May, 2016.


PER CURIAM


Before McClure, C.J., Rodriguez, and Hughes, JJ.